# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEVIN LUCAS and CHERYL JOHNSON,

        Plaintiffs,

vs.

JOSE SOCORRO MARCIAS, *et al.*,

        Defendants.

Case No. 2:16-cv-01198-RFB-GWF

**ORDER OF RECUSAL**

    The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned. Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

    Based on the foregoing and good cause appearing therefor,

    **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

    DATED this 18th day of November, 2016.

                                        _____
                                        GEORGE FOLEY, JR.
                                        U.S. MAGISTRATE JUDGE