**Cheryl C. Bradford, Esq.**
**Nevada Bar No. 9765**
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV 89119**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**
**ccbradford@wolfewyman.com**

*Attorneys for Defendants*
*JOSE SOCORRO MACIAS and*
*SIERRA BRAVA TRUCKING, LLC*

# UNITED STATED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN LUCAS and CHERYL JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> JOSE SOCORRO MACIAS and SIERRA BRAVA TRUCKING, LLC; DOES I through 10: and ROE ENTITIES 11 through 20, inclusive. <br><br> Defendants. | CASE NO. 2:16-cv-01198-MMD-GWF |

IT IS HEREBY STIPULATED by and between the parties, Plaintiffs KEVIN LUCAS and CHERYL JOHNSON, by and through their counsel of record, Bryan A. Boyack, Esq. of the RICHARD HARRIS LAW FIRM, and Defendants JOSE SOCORRO MACIAS and SIERRA BRAVA TRUCKING, LLC, by and through their counsel of record, Cheryl C. Bradford, Esq. of

/ / /

/ / /

/ / /

/ / /

WOLFE & WYMAN LLP, that the above-entitled action has been resolved and shall be dismissed with prejudice. Each party will bear its own attorney fees and costs.

DATED this 5th day of February, 2018

| WOLFE & WYMAN LLP | RICHARD HARRIS LAW FIRM |
|---|---|
| By: */s/ Cheryl C. Bradford*<br>    ROBERT B. RYDER, ESQ.<br>    Nevada Bar No. 6806<br>    CHERYL C. BRADFORD, ESQ.<br>    Nevada Bar No. 9765<br>    980 Kelly Johnson Drive, Suite 140<br>    Las Vegas, Nevada 89119<br>    *Attorneys for Defendants*<br>    *JOSE SOCORRO MACIAS and*<br>    *SIERRA BRAVA TRUCKING, LLC* | By:*/s/ Bryan A. Boyack*<br>    BRYAN A. BOYACK, ESQ.<br>    Nevada Bar No. 9980<br>    801 S. Fourth Street<br>    Las Vegas, Nevada 89101<br>    *Attorney for Plaintiffs* |

### ACTION BY THE COURT

### **ORDER**

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice.

IT IS FURTHER ORDERED that each party shall bear its own fees and costs.

DATED this  5th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE

2866058.1